# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Case No. 13-01142 |
|---|---|
| RICHARD DAWSON JR | |
| RETHA M DAWSON | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/11/2013, and was converted to chapter 13 on 01/11/2013.

2) The plan was confirmed on 04/25/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 05/04/2015.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,031.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,031.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $455.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,205.55

Attorney fees paid and disclosed by debtor:   $1,150.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE OWNERSH | Unsecured | 613.20 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 8,204.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MED GROUP | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| APPLIED CARD BANK | Unsecured | 1,510.11 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 200.83 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 56.52 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 457.50 | 457.50 | 457.50 | 35.10 | 0.00 |
| COLLECTO US ASSET MANAGEMENT | Unsecured | 156.21 | 156.21 | 156.21 | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY ER PHYSICIANS | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 1,490.37 | 1,637.02 | 1,637.02 | 146.02 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | 1,801.63 | 695.68 | 695.68 | 53.38 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Unsecured | 2,950.96 | NA | NA | 0.00 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Secured | 9,751.00 | 12,802.12 | 12,802.12 | 4,431.91 | 994.03 |
| GI ASSOCS | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 778.86 | 458.86 | 458.86 | 35.21 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 500.00 | 500.00 | 500.00 | 500.00 | 14.58 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ISAC | Unsecured | 5,253.55 | 5,319.17 | 5,319.17 | 490.09 | 0.00 |
| JC PENNY | Unsecured | 420.10 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 935.44 | 994.72 | 994.72 | 91.64 | 0.00 |
| KOHLS | Unsecured | 69.04 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,165.00 | 1,054.67 | 1,054.67 | 97.18 | 0.00 |
| NEXTEL | Unsecured | 410.66 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 43.65 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 662.51 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 1,460.13 | 1,460.13 | 130.25 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,138.62 | 2,248.17 | 2,248.17 | 207.14 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,276.98 | 783.87 | 783.87 | 60.15 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 939.70 | 899.85 | 899.85 | 69.05 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RCA DIAMOND CENTER | Unsecured | 6,693.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 3,823.60 | 2,995.69 | 2,995.69 | 267.22 | 0.00 |
| Springleaf Financial Services | Secured | 200.00 | 200.00 | 200.00 | 200.00 | 2.50 |
| SURETY FINANCE | Unsecured | 1,044.87 | NA | NA | 0.00 | 0.00 |
| SURETY FINANCE | Unsecured | 542.50 | NA | NA | 0.00 | 0.00 |
| SURETY FINANCE | Unsecured | 1,481.54 | NA | NA | 0.00 | 0.00 |
| WOW SCHAUMBURG | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,802.12 | $4,431.91 | $994.03 |
| All Other Secured | $700.00 | $700.00 | $17.08 |
| **TOTAL SECURED:** | **$13,502.12** | **$5,131.91** | **$1,011.11** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$19,161.54** | **$1,682.43** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,205.55 |
| Disbursements to Creditors | $7,825.45 |
| **TOTAL DISBURSEMENTS** : | **$10,031.00** |

**UST Form 101-13-FR-S (09/01/2009)**

     12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/01/2015                    By: /s/ Tom Vaughn
                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**